CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 3 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| COLLIN G. SMITH, | Civil Action No. 7:09CV00029 |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| INERGY SALES & SERVICE, INC., et al., | By: Hon. Glen E. Conrad |
| Defendants. | United States District Judge |

The Court has before it the parties' joint stipulation of dismissal filed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. It is accordingly

**ADJUDGED and ORDERED**

that this action shall be, and it hereby is, dismissed with prejudice, and stricken from the active docket of this Court. Each side shall bear their own costs in this matter.

The Clerk is hereby directed to send a certified copy of this Order to plaintiffs and all counsel of record.

Enter this 22nd day of September, 2009.

_____
United States District Judge